FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 15 P 12: 09

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| PETER COCCARO, | : | CIVIL ACTION NO. 3:03cv914 (DJS) |
| Plaintiffs, | : | |
| v. | : | |
| AT&T CORPORATION, ET AL., | : | |
| Defendants. | : | OCTOBER 14, 2003 |

## APPEARANCE

Please enter the appearance of the undersigned, **STACY SMITH WALSH**, for the defendant, AT&T Corporation, in the above-entitled action.

Dated at Hartford, Connecticut this 14th day of October, 2003.

_____
Stacy Smith Walsh (ct25252)
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 fax
sswalsh@dbh.com
Their Attorneys

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date via regular mail, postage prepaid, to Lenard Leeds, Jeffrey Brown, Leeds Morelli & Brown, P.C., One Old Country Road, Suite 347, Carle Place, NY 11514.

_____
Stacy Smith Walsh