03CV914 rply ans 101503

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

FILED

2003 OCT 15 P 12: 09

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| KENDACE ABRAM, PETER COCCARO, SR., | |
| Plaintiff, | CIVIL ACTION NO.: 3:03 CV 914 (DJS) |
| vs. | |
| AT&T CORPORATION, | |
| Defendant. | October 14, 2003 |

### REPLY

The plaintiff, Peter Coccaro, by and through his undersigned counsel, hereby replies to defendant, AT&T Corporation's Answer and Affirmative Defenses to Plaintiff's Amended Complaint as follows:

**First Affirmative Defense**

Denied.

**Second Affirmative Defense**

Denied.

THE PLAINTIFF,
PETER COCCARO

By: _/s/ Robert A. Richardson_

Robert A. Richardson *(Fed. Bar #: ct09818)*
GARRISON, LEVIN-EPSTEIN, CHIMES
    & RICHARDSON, P.C.
405 Orange Street
New Haven, CT 06511
Ph: (203) 777-4425
Fax: (203) 776-3965
Rrichardson@garrisonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid, this 14th day of October, 2003 to:

Victoria Woodin Chavey, Esq.
**Day, Berry & Howard, LLP**
CityPlace I - 185 Asylum Street
Hartford, CT  06103-3499

_____
Robert A. Richardson