UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER COCCARO, | : | CIVIL ACTION NO. 3:03CV914 (DJS) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| AT&T CORPORATION, | : | |
| | : | |
| Defendant. | : | MARCH 22, 2004 |

## MOTION FOR EXTENSION OF TIME

Defendant, AT&T Corporation, hereby requests a four-day extension of time until Friday, March 26, 2004 to file its Motion for Summary Judgment in the above-captioned matter. Defendant's counsel requests this additional time in order that a corporate representative of the Defendant, who has been on vacation, may review the motion prior to its filing. Counsel for Defendant has contacted counsel for Plaintiff, who has no objection to this motion. This is the first such motion for extension filed by Defendant with respect to the Motion for Summary Judgment.

DEFENDANT,
AT&T CORPORATION

By _____
Victoria Woodin Chavey (ct14242)
Stacy Smith Walsh (ct25252)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*vwchavey@dbh.com*
*sswalsh@dbh.com*
Its Attorneys

41489216_1.DOC 003338-00070

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this date via first-class mail to:

Robert A. Richardson, Esq.
Garrison, Levin-Epstein, Chimes
   & Richardson
405 Orange Street
New Haven, CT 06511

                                                   _____
                                                          Stacy Smith Walsh