UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PETER COCCARO** | : |
|    **Plaintiff** | |
| | |
| **v.** | :  **CIVIL NO.: 3:03cv914(DJS)** |
| | |
| **AT&T CORPORATION** | : |
|    **Defendant** | |

**ORDER**

The Motion for Extension of Time (Doc. #52) is hereby **GRANTED to and including March 26, 2004.**

    **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __23rd__ day of March, 2004.

                                                                               /s/DJS
                                                                            Dominic J. Squatrito
                                                                            United States District Judge