UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER COCCARO, | : | CIVIL ACTION NO. 3:03CV914 (DJS) |
| Plaintiff, | : | |
| v. | : | |
| AT&T CORPORATION, | : | |
| Defendant. | : | MARCH 26, 2004 |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56(a), the Defendant, AT&T Corporation ("AT&T") hereby moves this Court for summary judgment on each count of the Complaint of Plaintiff Peter Coccaro.

This action arises out of AT&T Corporation's decision to terminate Coccaro's employment after six months because of his unsatisfactory job performance as a telecommunications salesperson. The plaintiff alleges in his Complaint that AT&T terminated him because of his age in violation of both the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634, and the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60. *et seq*. ("CFEPA"). The undisputed record shows, however, that the plaintiff made just one small sale during his six months of employment; that the plaintiff's supervisor provided clear and objective targets for the plaintiff to meet, but the plaintiff failed to meet each one; and that the plaintiff's coworkers were treated similarly to the plaintiff, regardless of their age, when their sales did not meet expectations.

**ORAL ARGUMENT REQUESTED**

**TESTIMONY NOT REQUIRED**

41489936_1.doc 003338-00070

In support of its motion, Defendant submits herewith its Memorandum of Law in Support of the Motion for Summary Judgment as well as the Local Rule 56(a)(1) Statement of Undisputed Facts. As the papers demonstrate, the plaintiff has no evidence that his age motivated the decision to terminate his employment. Accordingly, the plaintiff's age discrimination claims fail as a matter of law, and AT&T is entitled to summary judgment.

DEFENDANT,
AT&T CORPORATION

By_____
Victoria Woodin Chavey (ct14242)
Stacy Smith Walsh (ct25252)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*vwchavey@dbh.com*
*sswalsh@dbh.com*
Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date via first-class mail to:

Robert A. Richardson, Esq.
Garrison, Levin-Epstein, Chimes
  & Richardson
405 Orange Street
New Haven, CT 06511

_____
Stacy Smith Walsh