Page 1

```
1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE DISTRICT OF CONNECTICUT
3    -------------------------------x
4    PETER COCCARO, ET AL,                ORIGINAL
5                    Plaintiffs,
6         -versus-                      : Civil Action No.
                                          3:03CV914 (DJS)
7
     AT&T CORPORATION, ET AL,
8
                     Defendants.
9
     -------------------------------x
10
11
12
13              Deposition of PETER COCCARO, taken
14   pursuant to The Federal Rules of Civil Procedure, at the
15   law offices of Day, Berry & Howard, CityPlace I, 185
16   Asylum Street, Hartford, Connecticut, before
17   Patricia Saya, LSR No. 37, a Registered Professional
18   Reporter and Notary Public in and for the State of
19   Connecticut, on January 21, 2004, at 10:00 a.m.
20
21
22
23
24
25
```

```
 1  but didn't elaborate too much.  He says, "There is
 2  plenty of time.  You will get those details."
 3       Q.   What did you tell him about your background?
 4  How did you sell yourself?
 5       A.   Basically talked about the successes.  You
 6  know, they always ask you, "Give me a success.  Give me
 7  a failure."
 8       Q.   Can you remember a specific example that you
 9  gave him of a success that you had had?
10       A.   Yes.  There was several sales up here in
11  Hartford with insurance companies, with communications,
12  the NASDAQ network, which was one of my accounts.
13       Q.   For which employer did you make these sales?
14       A.   General DataCom.
15       Q.   Any other success you specifically remember
16  telling him?
17       A.   I don't know specifically if I told him --
18  yes, there were probably others.  I don't recall exactly
19  which ones they were.
20       Q.   What about failures?  Do you remember
21  describing to him a failure?
22       A.   I told him there was none that really stood
23  out.  I mean, there were times where he didn't
24  receive -- you know, maybe didn't get the order.  He
25  says, "Well, that happens to everybody.  You don't get
```

Page 76

```
 1        Q.   The numbers at the bottom of that table --
 2   let's look specifically at page 3, for October,
 3   November, December, and January, the bottom number,
 4   which if you flip back to the first page, I think you
 5   can see it is the total.  It says, "2000, 4,000, 6,000,
 6   8,000."
 7             Were those the dollar amounts in sales that
 8   was your quota during that period of time?
 9        A.   I believe so.
10        Q.   Did anyone ever communicate to you anything
11   different from that ramp-up scheme that you see there
12   during your employment?
13        A.   You mean different numbers?
14        Q.   Different numbers or different ramp-up process
15   or speed?
16        A.   Not that I recall.
17        Q.   Is this October 1st e-mail the first time you
18   saw this ramp-up quota information?
19        A.   In writing, yes.
20        Q.   The substance of it had been communicated to
21   you verbally prior to that?
22        A.   It was discussed because I kept asking about
23   not receiving base accounts, and are there other things
24   I should be doing.  It is, "Well, you need to get by the
25   training period first.  You need to pass the courses,
```

1  because if you don't pass the courses, you don't go any
2  further in the company," which I didn't know until I got
3  hired. That was never explained to me during the
4  interview process.
5       Q.   Passing the courses wasn't a problem for you,
6  was it?
7       A.   As you can see, no.
8       Q.   You said that you did not have any base
9  accounts assigned to you as of September 1; is that
10 correct?
11      A.   That's correct.
12      Q.   Did every other member of the Norwalk team
13 have base accounts, to your knowledge?
14      A.   To my knowledge, they did.
15      Q.   Does AT&T also refer to that base group of
16 basic accounts as "modules"?
17      A.   Yes.
18      Q.   Did you ask John Swarts about getting a
19 module?
20      A.   Yes.
21      Q.   What did he say?
22      A.   "I am working on it."
23      Q.   When did you ask him?
24      A.   During my training.
25      Q.   Would you have had time to work on a module

1   during that training?
2       A.   Later on they said I should have been.  How
3   much time, it is hard to say.
4       Q.   Who said you should have been working on base
5   accounts while you were training?
6       A.   LaCroce.
7       Q.   Where did he say that?
8       A.   When we met at one of the ready to go on
9   performance improvement.
10      Q.   Had anyone else ever told you needed to be
11  building up a customer base or prospecting or working
12  with base accounts while you were training other than
13  Joe LaCroce?
14      A.   Not that I recall.
15      Q.   When did you learn that John Swarts would no
16  longer be your manager?
17      A.   The day Joe LaCroce took over.
18      Q.   Do you remember about when that was?
19      A.   Looking at the cc on this e-mail, had to be
20  prior to October 1, probably just somewhere in
21  September, I think the last week possibly.
22      Q.   Do you remember ever meeting with Joe LaCroce
23  shortly after he started as the manager of the Norwalk
24  office about your -- about anything?
25      A.   Yes.

1   Joe LaCroce started?

2       A.   Yes, because when I was asked to do that,
3   John Swarts was still my boss.

4       Q.   Do you remember when you were asked to do
5   that?

6       A.   Right after I returned back from Florida.  So
7   let's see, that was the last week of August.  Not having
8   a calendar, it was probably the day -- I believe it was
9   the day I came back from Florida into the office, or
10  within three days.

11      Q.   So first week of September?

12      A.   Yes, something like that.

13      Q.   Are you confident of that timing, in your
14  recollection of that timing?

15      A.   I know it was when I got back because he asked
16  how the trip was, how the course was.  And somewhere
17  within that period, he called me in to say, "We need to
18  do this," or "Would you be open to do this?"

19      Q.   How many customers were in Virginia's module?

20      A.   I don't recall.

21      Q.   More than 50?

22      A.   No.

23      Q.   More than 20?

24      A.   Possibly.

25      Q.   Now, when you say you were baby-sitting those

1   accounts, what do you mean?
2        A.   I was asked to -- that Virginia needed to take
3   a few weeks off from work.  We didn't know it was going
4   to be -- at that time we didn't know it was going to
5   extend further out, because she had surgery.  And if any
6   customer called in while she was gone, they would be
7   notified to contact me, anything that she was working on
8   imminently, and would I just field the call and answer
9   the customer's question.  I didn't need to get involved
10  in the account.  I didn't need to go out and market the
11  account or treat the account as mine.
12       Q.   You were specifically told not to treat the
13  accounts as yours?
14     . A.   Didn't need to at the time, yes.
15       Q.   When they were assigned to you?
16       A.   Well, they weren't really assigned to me.
17  Basically, in other words, if somebody calls in, she is
18  working on a few things.  If someone calls in, she is
19  not available.  Rather than let the call go unreturned,
20  would you return the call, explain the situation.  She
21  notified everyone to say that I would be fully in for
22  her, that if I had any questions, this is my telephone
23  number that they can contact me on, just so nothing
24  would fall through the cracks, as the saying goes.
25       Q.   At the time when you were first given the

1   had been assigned to you?

2        A.   I would find the need to qualify it based upon
3   how I qualify accounts, what somebody says to me, maybe
4   how they would particularly perceive something.  But
5   everybody has a perception of is there an opportunity
6   there or not, and maybe further qualify it or un-qualify
7   it to say there is not an opportunity here or this
8   opportunity was lost or whatever.  Not having contact, I
9   just had what was in the computer.

10       Q.   So I just want to make sure I understand your
11  previous answer.  You would take a list of customers
12  that was part of a module, if it were your own, and sort
13  of methodically go through the list and identify whether
14  there was an opportunity for additional sales, for
15  example?

16       A.   Correct.

17       Q.   Whether there was no opportunity for
18  additional sales, possibly?

19       A.   Correct.

20       Q.   And other things like that, with respect to
21  each customer?

22       A.   Yes, because if I am going to submit a
23  forecast, I need to believe it.  And the only way you
24  can really believe it and stand behind it is if you have
25  personally touched it in some way.

1   based upon that, we would move forward.
2        Q.   Did Bartlett Tree give more business or
3   additional business to AT&T after this?
4        A.   No.  They still didn't fix the problems.
5        Q.   AT&T still didn't fix the --
6        A.   No, which just got the customer even madder.
7        Q.   What does Bartlett Tree do?
8        A.   They do all the tree work, all the tree
9   trunks.  I think they are a nationwide company.
10       Q.   What is a funnel?
11       A.   A funnel is -- if you know what a funnel looks
12  like, is you have -- a lot goes in, but very little
13  comes out.  In other words, if you want to have a
14  certain amount of production coming out, you need to
15  have a certain amount going in.
16            So for instance, if someone said, "Well, 10
17  percent of the people that you prospect are going to" --
18  if they said 10 percent is going to be a customer, and
19  you needed one customer, obviously, you need to have 10
20  going in.  So they use -- they draw -- as a matter of
21  fact, the database they use even had a picture of a
22  funnel.
23       Q.   All sales account executives were required to
24  sort of maintain a funnel?
25       A.   Yes.

```
 1        Q.    Was that a list of prospects?
 2        A.    Yes.
 3        Q.    Did that include customers and their modules
 4   who might be --
 5        A.    You are talking me or are you talking about --
 6        Q.    Just generally?
 7        A.    Generally, yes, customers and their modules.
 8        Q.    Who might be interested in potentially
 9   throwing more business to AT&T?
10        A.    Correct, yes.
11        Q.    So if you had -- do you remember the
12   percentage?  Was it 10 percent?
13        A.    I just drew that number out because it is easy
14   without going through math.  No, I don't know what the
15   percentage was.
16        Q.    Let me see if I can summarize.  In essence,
17   you were required to have X number of potential dollars
18   in prospects going into your funnel, with an aim towards
19   actually producing revenue in the amount of some
20   percentage less than that larger number?
21        A.    That is right.
22        Q.    Did you actually have to draft reports about
23   your funnel?
24        A.    You had a database program that you would
25   input information, and as you updated the information,
```

Page 92

1  it got transferred or should have gotten transferred to
2  the right areas of the program.
3      Q.  Do you remember the name of that program?
4      A.  I believe it was called AFO.
5      Q.  Did you have sort of a monthly or weekly
6  summary you had to give someone of what was in your
7  funnel?
8      A.  I didn't have to give it back.  It was
9  available to the management, so they could -- you input
10 the data, and they look at it, and they could develop
11 the reports that they were able to get it.  You couldn't
12 get at every piece of the program.
13     Q.  Did you input prospects, potentials into your
14 funnel?
15     A.  Yes, I did.
16     Q.  Do you remember how much -- how often the
17 number -- what do you remember about what you input into
18 your funnel?
19     A.  As many as I could get in that were reasonable
20 and something I could back up.
21     Q.  And where did those that you put in come from,
22 your own prospect cold calls?
23     A.  Mostly my own prospects.
24     Q.  And those prospects were developed how?
25     A.  Using the various databases and other

1   prospecting techniques that I have used over the years.
2   They had internal databases or subscriptions to things
3   that you could do.
4        Q.   Did putting something into your funnel require
5   actually contacting a customer and figuring out whether
6   there was an opportunity?
7        A.   Yes.
8        Q.   So you couldn't just sort look up a company
9   and say "Hey, they might need something," and input it
10  into your funnel?
11       A.   No.  You had to -- first, is it a customer?
12  That is one database.  So this is a process that takes
13  quite a bit of time.  It is not something that takes
14  two, three key strokes, and boom, boom, it is done.
15  They are not a customer.  Are they in somebody else's
16  prospect list, because there is another database.  No,
17  they are not there.  Okay, now I can put them in.  They
18  don't necessarily go into the funnel.  They go into a
19  list of prospects.
20            You have to qualify it some way.  Just getting
21  a name -- otherwise you could put 5,000 names in there.
22  It is meaningless.  So you needed to have some contact
23  with the company.  If they just signed a five-year
24  contract with MCI, no sense putting them in the funnel,
25  because I was going to ask you about it.  They just

1  signed a contract with MCI a year ago and have four
2  years to go. So why is it here, at least now? So you
3  had to answer to that. So obviously, they did that to
4  keep garbage from going in.
5      Q.   That takes us back to the three-step process
6  you identified earlier?
7      A.   Yes, it does.
8      Q.   Do you remember sort of -- was your funnel
9  given a sort of total amount of dollars potential?
10     A.   I think it has the capability of doing that if
11 you input the potential dollars business. You may be
12 able to identify an opportunity and be able to identify
13 a possible local long distance type of opportunity, but
14 until you get into submitting a proposal, where you got
15 very detailed -- I don't think it allowed you to put
16 numbers in until you got to -- there is a step where it
17 says, did you submit a proposal, if I recall, and asked
18 for a proposal amount. Then I think that number gets
19 factored into it that way, something like that.
20     Q.   Did you ever submit any proposals to
21 customers?
22     A.   Yes.
23     Q.   Or potential customers?
24     A.   Yes.
25     Q.   How many?

1      A.    Two that I can recall.

2      Q.    Do you remember the customers?

3      A.    Well, ATMI was one which resulted in a sale,
4   and the other company was -- I can't recall the name.
5   They were down -- just down the road from the office.
6   It was an account that -- there was multi-levels of
7   business there.  I brought a data person in with me.
8   There was a person who did hosting that we brought in.
9   And then I was going to work on the voice side.

10     Q.    Did you do a sort of formal pitch to them?

11     A.    Yes.

12     Q.    Did anyone go -- who went with you to that?

13     A.    I went by myself.  I did a fact finding and
14  then came back with a solution and then ran that up to
15  the customer and then presented a formal proposal.

16     Q.    The formal proposal, you said you brought in
17  data and hosting people?

18     A.    Yes.

19     Q.    Was that a written proposal that included
20  input from those facets or --

21     A.    No.  I did my part, they did theirs, because
22  theirs was going to be different time frames.  In fact,
23  there was different people in the customer base, in the
24  customer account, that was responsible.  There was a
25  lady that was responsible for the voice and there were

Page 96

1  two gentlemen that were responsible for the data and the
2  Web hosting portion of it.
3      Q.  Did that result in a sale?
4      A.  I don't know because I left when it was --
5  right after I submitted the paperwork.
6      Q.  Do you remember when you submitted the
7  proposal to them?
8      A.  Specifically, no.  I would venture a guess as
9  to say sometime in December.
10     Q.  Were you in the office during that 30-day
11 period prior to January 10th?
12     A.  When I took the 30-day job search?
13     Q.  Yes.
14     A.  No.  That was -- once you agreed to the 30-day
15 job search, turn over everything and leave.
16     Q.  Did you ever go to any meetings with customers
17 with Joe LaCroce?
18     A.  One with ATMI.
19     Q.  Did you ever ask Joe LaCroce to provide any
20 guidance or assistance in helping you identify
21 customers?
22     A.  Yes.
23     Q.  How frequently?
24     A.  Couple times that I can recall.
25     Q.  Were those times after you were put on a

```
 1            Are there any -- what other incidents, or is
 2   there a time where you realized that Joe really had a
 3   problem with how you are performing?
 4        A.   There was a memo he sent me, you probably
 5   have, that talks about I want to come in and discuss
 6   your activity over the past few weeks.  And I remember a
 7   phrase there being, "Expect me to question you in great
 8   detail."  So that meant I had to spend the time now in
 9   preparing.
10        Q.   Well, had you had any other communications to
11   him prior to that e-mail --
12        A.   No.
13        Q.   -- to let him know he was really inquiring or
14   watching over your shoulder?
15        A.   No.
16        Q.   What was your reaction to getting the e-mail?
17        A.   It was upsetting.
18        Q.   Why was it upsetting?
19        A.   Because, first of all, the way it was worded,
20   and secondly, what it was saying.
21        Q.   What did you take it to be saying?
22        A.   "You are in trouble."
23             MS. WALSH:  Let's mark that as Defendants'
24   Exhibit 5.
25             (Defendants' Exhibit 5:  Marked for
```

```
 1    Identification - described in Index.)
 2        Q.    I am showing you what has been marked as
 3    Defendants' Exhibit 5.  Is that the e-mail you are
 4    talking about?
 5        A.    Um-hum.
 6        Q.    You need to say it verbally.
 7        A.    I'm sorry.  Yes, it is.
 8        Q.    Did you receive this e-mail on Tuesday,
 9    October 23rd, 2001 -- read it, rather, on this day?
10        A.    I believe so.
11        Q.    Did you in fact have a meeting with Joe the
12    following Friday?
13        A.    Yes.
14        Q.    October 26?
15        A.    Yes, I did.
16        Q.    Looking at Exhibit 5, he makes a list of
17    several things he wants to go over with you with respect
18    to your progress.  Did you talk about with him in that
19    Friday meeting your activity targets and tools?
20        A.    Yes.
21        Q.    Did you discuss the quantity of them?
22        A.    When you say "quantity," in other words, I had
23    a list of -- and of course, he had the list too, because
24    he accessed the same database.
25        Q.    What do you remember about that part of the
```