COCCARO v. A T & T CORP                              February 26, 2004

                                                              Page 1

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE DISTRICT OF CONNECTICUT
3   ----------------------------------x
4   PETER COCCARO, ET AL,
5                Plaintiffs,
6     -versus-                        : Civil Action No.
                                        3:03CV914 (DJS)
7
    AT&T CORPORATION, ET AL,
8
                 Defendants.
9
    ----------------------------------x
10
11
12
13            Deposition of JOSEPH LACROCE, taken
14  pursuant to The Federal Rules of Civil Procedure, at the
15  law offices of Garrison, Levin-Epstein, Chimes &
16  Richardson, 405 Orange Street, New Haven, Connecticut,
17  before Patricia Saya, LSR No. 37, a Registered
18  Professional Reporter and Notary Public in and for the
19  State of Connecticut, on February 26, 2004, at
20  10:10 a.m.
21
22
23
24
25

SANDERS, GALE & RUSSELL                           (203) 624-4157

COCCARO v. A T & T CORP                                February 26, 2004

Page 42

```
 1      Q.    What is a module?
 2      A.    Module is a set of accounts.
 3      Q.    Were new employees, new sales employees,
 4   assigned modules?
 5      A.    They can be, so that is a "yes" or a "no,"
 6   depending on the circumstances.
 7      Q.    Tell me the circumstances under which an
 8   employee would not be assigned a module.
 9      A.    We have employees that do hunting.  If there
10   is no accounts available, an employee could be hired
11   into just actual, sole hunting, go create your own
12   module, doing the prospecting, like we talked about
13   earlier.
14      Q.    Is an employee informed at some point whether
15   they will be assigned a module?
16      A.    Yes.
17      Q.    At what point does an employee learn if they
18   will get a module?
19      A.    It is very individual.  Depends on the
20   circumstances.
21      Q.    Depends on the circumstances as to when you
22   will tell an employee you are going to get a module?
23      A.    Depends if there is a module available.  There
24   is no guarantee that there is a module for an employee
25   coming in.
```

COCCARO v. A T & T CORP					February 26, 2004

Page 106

1    Q.   Do you recall, as far as the creation of
2    Exhibit 3 is concerned, how it came about? Did you put
3    together sort of the draft and then pass it by Erin and
4    Lisa?
5    A.   Yes.
6    Q.   And do you recall whether either one of them
7    made any changes to your draft?
8    A.   No, I don't recall.
9    Q.   In any event, Exhibit 3 is the final version
10   of the document as it was presented to Mr. Coccaro?
11   A.   Yes.
12   Q.   Can you identify for me all the reasons that
13   led up to giving Mr. Coccaro the PIP, or have you
14   already done so by mentioning the funnel activity and
15   the lack of sales?
16   A.   The funnel sales activity, lack of sales are
17   the three quantifiable metrics that we use to judge,
18   rate, whether a person is on target or off target, and
19   that would lead up to the PIP.
20   Q.   Any other reasons that you can think of why a
21   decision was reached to offer Mr. Coccaro the PIP?
22   A.   I don't really have that latitude to come up
23   with reasons. It is really a process that is very
24   driven by the funnel, the sales activities, and lack of
25   sales. There is really no discretion.

SANDERS, GALE & RUSSELL					(203) 624-4157

COCCARO v. A T & T CORP					February 26, 2004

Page 142

```
 1   4,900.  Are the numbers the same for everybody?  As I am
 2   looking, for instance, on "Core" -- under the "YTD
 3   Quota," I look at "Core," and I see a whole bunch of
 4   people starting -- at least with George Murphy, where it
 5   looks like their number is 46,523.
 6       A.   At the time, if you were fully off-ramp, your
 7   numbers would all be the same.
 8       Q.   That is for each product?  For instance, at
 9   IP, there is some earlier ones, that I can see people
10   who seem to be 23,815.  If they are off the ramp at 100
11   percent, their numbers become uniform?
12       A.   Correct.
13       Q.   Done with the chart.  When I asked you about
14   as to your current subordinates who were in your group,
15   I notice you didn't mention Mr. Cibulay.  Is he still
16   with the company?
17       A.   No.
18       Q.   Where is Mr. Cibulay these days?
19       A.   I don't know where he is.  I know I had to
20   fire him.
21       Q.   When did you fire him?
22       A.   His last official day was sometime in
23   September of 2003.
24       Q.   And do you know -- you do, I assume.  Why did
25   you fire Mr. Cibulay?
```

SANDERS, GALE & RUSSELL					(203) 624-4157

1    A.    Performance.

2    Q.    What was wrong with his performance?

3    A.    Couldn't make the numbers.

4    Q.    Was Mr. Cibulay placed on a PIP before he was
5  terminated?

6    A.    Mr. Cibulay was placed on three PIPs over the
7  term of his employment with me.

8    Q.    Were the three PIPs sequential PIPs or did he
9  get a PIP, he survived the PIP, and gets a new PIP?

10   A.    He did the latter. He got a PIP, survived it,
11 was on trajectory, and then fell off again.

12   Q.    Do you remember; when was the next first time,
13 approximately, that you gave a PIP to Mr. Cibulay?

14   A.    It was either December of '01 or January, and
15 he would have gotten a warning. He would have been in
16 the warning phase, because he was over six months from
17 his March standpoint -- for his March start date, I'm
18 sorry. You know, you need to pull the records to really
19 know the date. I don't know the date precisely.

20   Q.    You think it is December, 2001?

21   A.    I think so, yeah.

22   Q.    Obviously, he survived that PIP?

23   A.    Yes.

24   Q.    And did he survive it by meeting his annual
25 goal?

COCCARO v. A T & T CORP                                February 26, 2004

Page 144

1  A. I don't know. He met whatever goals were then
2  laid out. This gets back to when we were talking about
3  this conversation. At some point, a monthly target is
4  put into this plan. It was deemed by corporate, who
5  want to know what to target into it. I don't know if he
6  is in the middle of this when this takes place, and I
7  don't have any records of his results.
8  Q. Do you remember roughly when the second PIP
9  was that Mr. Cibulay was placed in?
10 A. It was, I want to say, the following -- the
11 following winter.
12 Q. So the winter --
13 A. I want to say, you know, November, December,
14 2002.
15 Q. Did he survive that one or did he go to a
16 Phase B? You mentioned that there were three?
17 A. He banged around in the warning phase in
18 Phase A for a while in the second one for a number of
19 months. I want to say between three and five months,
20 and he got off in the fifth month.
21 Q. When you say he banged around in it, what does
22 that mean?
23 A. I don't know how many times he was in each
24 phase, but he never got to B, so he could have been
25 bouncing back and forth.

SANDERS, GALE & RUSSELL                                (203) 624-4157

```
1      Q.    Of 2002?
2      A.    2002.
3      Q.    You named off the employees that you had
4   present and the employees that you inherited, two
5   different points.  Had you ever had an employee named
6   Hugh Sullivan working in your group?
7      A.    Yes.
8      Q.    At what point was Mr. Sullivan in your group?
9      A.    When was his paperwork cut?  Somehow before
10  Christmas of 2001, I remember telling him he would be on
11  my team.  He was at a higher level, and his job was
12  terminated, whatever.  They said, "We don't need any
13  more of these people."
14            So he came to me in December, and I had an
15  extra slot because I was down two people.  I only had
16  eight people at the time, and I could have up to ten.
17  So yes, somewhere end of December, his paperwork was cut
18  from -- it had to be done before the 1st of the year.
19     Q.    Was one of the two slots that you had at the
20  time the slot that Mr. Coccaro had just vacated?
21     A.    No.  I had an extra slot.
22     Q.    Right.  You said you had two slots?
23     A.    I had one voice and one data extra.
24     Q.    Which side did Mr. Sullivan work on?
25     A.    He was on the voice side.
```

COCCARO v. A T & T CORP                              February 26, 2004

Page 154

```
 1        Q.    Is that also the side that Mr. Coccaro had
 2   worked?
 3        A.    Yes.  He still counted as is a slot.
 4        Q.    Coccaro?
 5        A.    Right.
 6        Q.    Even though as of December, he is on the
 7   30-day --
 8        A.    Yes.
 9        Q.    -- search?
10        A.    Yes.  He still carried till January.  I had
11   room for ten salespeople, and with Mr. Coccaro, with
12   Mr. Dellicarpini, I had only eight.
13        Q.    After Mr. Coccaro -- after January, when
14   Mr. Coccaro vacated the premises, did you fill that
15   slot?
16        A.    Mr. Coccaro's?
17        Q.    Yes.
18        A.    Let's see.  Somewhere in 2002, and it was
19   either January or February, they said, "You no longer
20   have ten slots.  You have to give up two slots," because
21   we were downsizing.  I don't know if it was in January
22   or February.
23        Q.    So to your knowledge, that slot wasn't filled?
24        A.    Yes, that slot wasn't filled, because they
25   came to me and they said -- once again, Erin would
```

SANDERS, GALE & RUSSELL                              (203) 624-4157

COCCARO v. A T & T CORP								February 26, 2004

Page 155

```
 1   probably have this -- "We have got to downsize.  You
 2   have got two vacancies because now Mr. Coccaro,
 3   Mr. Dellicarpini are no longer employed.  So there are
 4   still two vacancies."
 5           "I still have room for ten."
 6           They said, "You have eight.  You are going to
 7   go down.  You are going to go down two so we don't have
 8   to force manage anyone out."
 9       Q.  And can I see the original of this?
10       A.  Sure, whatever you want.
11       Q.  After Mr. Coccaro left, somebody, I take it,
12   had to work in the accounts that are set forth in
13   Exhibit 1, correct?
14       A.  Correct.  Well, Trinque, even though she is on
15   disability, I carry her at head count.  So she is still
16   on head count list.  That is what makes up my eight,
17   even though she is not doing any work for me.  She comes
18   back in January and takes them back over, because
19   coincidentally Mr. Coccaro is not employed by us.
20       Q.  She came back in January, 2002?
21       A.  Yes.
22       Q.  Did she just resume working the accounts that
23   are in Exhibit 1?
24       A.  Yes.  We had to go out and re-explain to
25   everyone now that, Okay, Mr. Coccaro is no longer with
```

1    one by my predecessor.
2         Q.    At the time that you supervised him, he was
3    never placed on a PIP?
4         A.    No.
5         Q.    And I am trying to remember if Mr. Waldman was
6    still -- is he a current employee?
7         A.    Yes, he is.
8         Q.    He is still with the company.  You told me
9    about Mr. Dellicarpini.  We have talked about
10   Mr. Coccaro and we have talked about --
11        A.    Cibulay.
12        Q.    Cibulay, yes.  Any other employees that you
13   have placed on PIPs?
14        A.    Trinque was on a PIP.
15        Q.    In the time that you have supervised -- I was
16   going to finish my question.
17        A.    Sorry.
18        Q.    In the time that you have been a sales
19   manager, and you have identified Virginia Trinque, when
20   was Virginia Trinque placed on a PIP?
21        A.    Spring of 2003.
22        Q.    And since she is one of your current
23   employees, I am going to assume she survived?
24        A.    She survived.
25        Q.    Was she placed on just one PIP or did she get