# Coccaro, Peter J, BMSLS

| | |
|---|---|
| **From:** | La Croce, Joseph R (Joe), BMSLS |
| **Sent:** | Tuesday, October 23, 2001 4:25 PM |
| **To:** | Coccaro, Peter |
| **Subject:** | Territory, activity and funnel review |

Peter,

I would like to do an all encompassing review of the progress you have made in the last 4 weeks. Specifically:

    Activity targets/actuals  Quantity
    Prospecting - Discussion on hot prospects
    Funnel - how is your funnel growing. How do you plan to achieve the targets.
    Accounts - What accounts have you penetrated since you have taken over Virginia's module. When did you meet with the contact and who did you meet with. what are the opportunities and what are the actions

    Teleconferencing mailing follow up

Please take the time to prepare for this meeting in order to convey the progress that you have made. Bring supporting information to support your efforts.   Expect me to question to a very detailed level.

I have scheduled you for 1pm on Friday. Please respond and let me know that you are available.

*Joseph R. LaCroce*
203.845.5708



DEFENDANT'S EXHIBIT 5 1-21-04