**Coccaro, Peter J, BMSLS**

From: Coccaro, Peter J, BMSLS
Sent: Friday, November 02, 2001 5:06 PM
To: La Croce, Joseph R (Joe), BMSLS
Subject: Action plan for Nov

Oct + Nov quota = $6,000
close ratio = 30%
need to propose= $18,000

Plan 18 local & TC proposals avg $1k each

Prem visit accounts in module to discuss the above and gather info on their business to find other opportunities.
All proposals go into funnel for review
prem visit summary report


Peter J. Coccaro
Voice Account Manager

401 Merritt Seven
Norwalk, CT 06851
Tel: (203) 845-5634
Fax: (203) 845-5791


DEFENDANT'S EXHIBIT 6  1-21-04 PS

11/09/2001