## ABS SALES - LEVEL A 30 DAY
## PERFORMANCE IMPROVEMENT PLAN (PIP)

| Employee: Peter Cocarro | Coach: Joseph LaCroce |
|---|---|
| Employee NCS Date: 6/20/01 | Date Written Warning Issued: 11/9/01 |

**Areas Needing Improvement:**

1. Sales closed in a 30 day period. (YTD 0%)
2. Insufficient Opportunities identified and entered in the funnel
3. Activity level – weekly contacts, premise visits proposals not up to minimum standards

---

**Objectives to be Completed by** _- date -_ **(30 days)**   *(Provide clear definition of success & failure of objectives)*

1. $6,000 of acquisition production revenue sold and loaded into starter

2. Minimum requirements for funnel $18,000 of monthly recurring revenue proposed and acknowledged by the customer's Decision maker. Opportunities identified $30,000 of monthly recurring revenue loaded as qualified(an additional $12,000 over the $18,000). Minimum documentation will be a copy of the proposal delivered.. All qualified and proposed opportunities need to have a profile filled out with name of decision maker and phone number, description of their business and is drivers and challenges completed

3. At least 25 suspects identified per week. Documented by Company name and address, and contact name and number.

4. 10 Cold calls of suspects or appointments per week. Must get business card of contact

---

**Employee Signature:** _[signature]_   **Date:** 11/9/01

*The ABS-Sales Path to Peak Performance applies to regular full-time and part-time management employees, and will be administered without regard to race, color, religion, national origin, sex, age, sexual orientation, marital status, physical or mental disability, or status as a special disabled veteran or veteran of the Vietnam era.*

*ABS-SALES' PATH TO PEAK PERFORMANCE IS NOT A CONTRACT OF EMPLOYMENT, EITHER EXPRESSED OR IMPLIED, AND DOESN'T CREATE ANY CONTRACTUAL RIGHTS OF ANY KIND BETWEEN AT&T AND ITS EMPLOYEES. AT AT&T, THERE IS NO FIXED DURATION TO THE EMPLOYMENT RELATIONSHIP. EMPLOYEES CAN TERMINATE THEIR EMPLOYMENT WHENEVER THEY WISH AND FOR WHATEVER REASON THEY MIGHT HAVE, JUST AS AT&T MAY TERMINATE ANY EMPLOYEE AT ANY TIME FOR ANY REASON. THIS IS KNOWN AS EMPLOYMENT-AT-WILL.*

*ABS-Sales' Path to Peak Performance may be changed from time to time by the Company, and employees may or may not be notified of those changes. The changes may be minor, or may reflect significant deviations from current or past practices. Changes can be made at any time, at the Company's discretion, but only by authorized members of management.*

DEFENDANT'S EXHIBIT 7   1-21-04

**Detailed Observations on Performance on Above Objectives:**

| Date Observed | Observations/Comments |
|---|---|
|  |  |

**Coach's Evaluation at end of period:**

____ Employee has met the above objectives and the plan is complete.

____ Employee has **not met** the above objectives and is placed on Level B PIP effective ____ (Date).

_____    _____    _____    _____
Coach Signature                    Date                  SCVP/DIV MGR Signature        Date

P3-FORM-A                                    AT&T - PROPRIETARY                                    6

Date ___11/8/01___

Dear ___Peter Cocarro)

You and I have talked about your performance as a(n) _Account Executive.

As we discussed, there were several areas in need of improvement as listed below and on the attached Performance Improvement Plan (Level A PIP):

1. Sales closed in a 30 day period. (YTD 0%)
2. Insufficient Opportunities identified and entered in the funnel
3. Activity level – weekly contacts, premise visits proposals not up to minimum standards

Please understand that unless you demonstrate sustained satisfactory performance in the above areas by _____12/10/01_____(Date-30 days), the next step will be placement on Level B of the PIP. On the above date, if you have not demonstrated sustained satisfactory performance, you will be required to choose either a 30 day Job Search or 30 day PIP. If you choose a Job Search, you will be given 30 days to search for another position. If at the end of the 30 day period, you have not been successful in finding another position, you will be released from the AT&T payroll. If you choose a PIP, you will be placed on a 30 day PIP. If you fail to satisfactorily complete the PIP within the time allotted or, in the opinion of your coach, fail to make adequate progress toward satisfactory completion of the PIP at any time during the 30 day period, your employment with AT&T will be terminated.

The Sales Leadership Team wants you to be successful, and will assist you in your efforts. Should you be successful in demonstrating sustained satisfactory performance by the date above, it is expected that this level of performance will be sustained for at least a period of 12 months. If your performance deteriorates within the 12 months, you may be placed directly on a Level B PIP/30 day Job Search or, if the circumstances warrant it, may be terminated.

I look forward to discussing this with you and helping you get back on course toward a successful and satisfying career in sales.

Sincerely,

_____
(Coach)

Copy **SCVP/DIV MGR** & HAL

Attachment- Level A PIP