## ABS SALES - LEVEL A 30 DAY
## PERFORMANCE IMPROVEMENT PLAN (PIP)

| Employee: Peter Cocarro | Coach: Joseph LaCroce |
|---|---|
| Employee NCS Date: 6/20/01 | Date Written Warning Issued: 11/9/01 |

**Areas Needing Improvement:**

1. Sales closed in a 30 day period. (YTD 0%)
2. Insufficient Opportunities identified and entered in the funnel
3. Activity level – weekly contacts, premise visits proposals not up to minimum standards

**Objectives to be Completed by _- date -_ (30 days)** (Provide clear definition of success & failure of objectives)

1. $6,000 of acquisition production revenue sold and loaded into starter

2. Minimum requirements for funnel $18,000 of monthly recurring revenue proposed and acknowledged by the customer's Decision maker. Opportunities identified $30,000 of monthly recurring revenue loaded as qualified (an additional $12,000 over the $18,000). Minimum documentation will be a copy of the proposal delivered.. All qualified and proposed opportunities need to have a profile filled out with name of decision maker and phone number, description of their business and is drivers and challenges completed

3. At least 25 suspects identified per week. Documented by Company name and address, and contact name and number.

4. 10 Cold calls of suspects or appointments per week. Must get business card of contact

Employee Signature: _[signature]_   Date: 11/9/01

The ABS-Sales Path to Peak Performance applies to regular full-time and part-time management employees, and will be administered without regard to race, color, religion, national origin, sex, age, sexual orientation, marital status, physical or mental disability, or status as a special disabled veteran or veteran of the Vietnam era.

ABS-SALES' PATH TO PEAK PERFORMANCE IS NOT A CONTRACT OF EMPLOYMENT, EITHER EXPRESSED OR IMPLIED, AND DOESN'T CREATE ANY CONTRACTUAL RIGHTS OF ANY KIND BETWEEN AT&T AND ITS EMPLOYEES. AT AT&T, THERE IS NO FIXED DURATION TO THE EMPLOYMENT RELATIONSHIP. EMPLOYEES CAN TERMINATE THEIR EMPLOYMENT WHENEVER THEY WISH AND FOR WHATEVER REASON THEY MIGHT HAVE, JUST AS AT&T MAY TERMINATE ANY EMPLOYEE AT ANY TIME FOR ANY REASON. THIS IS KNOWN AS EMPLOYMENT-AT-WILL.

ABS-Sales' Path to Peak Performance may be changed from time to time by the Company, and employees may or may not be notified of those changes. The changes may be minor, or may reflect significant deviations from current or past practices. Changes can be made at any time, at the Company's discretion, but only by authorized members of management.

**Detailed Observations on Performance on Above Objectives:**

| Date Observed | Observations/Comments |
|---|---|
| 12/10/01 | $1000 sold with a target of $6000 |
| 11/26/01 | Funnel pull  $2400 of proposals and $20,000 qualifed.  Rechecked 12/10 Short of the goal of $18,000 |
| 11/27/01 | Pete has 3 customer opps identified including  Advanced Com and ATMI |
| 11/12 | Weekly activity reported on Monday<br>1 new project, 3 contacts 4 proposals 11 premises |
| 11/19 | 2           15           1           2 |
| 11/26 | 3            3           0           1 |
| 12/3  | 2           18           1           3 |

Coach's Evaluation at end of period:

____ Employee has met the above objectives and the plan is complete.

___X_ Employee has **not met** the above objectives and is placed on Level B PIP effective __12/11__(Date).

_____ 12/10/01  _____ _____
Coach Signature             Date         SCVP/DIV MGR Signature      Date

| AE | COMPANY | Project Name | Bucket | Product/Offer | Sale Type | Status |
|---|---|---|---|---|---|---|
| COCCARO, PETER | ATMI, INC. | PrimeXpress-Minn | Local | Local Voice Fee | New | Proposed |
| COCCARO, PETER | COOPER SURGICAL | Teleconferencing | Voice | | New | Qualified |
| COCCARO, PETER | Stratis Business Centers | Teleconferencing | Voice | | New | Qualified |
| COCCARO, PETER | ASML Lithography Division | Teleconferencing | Voice | | New | Qualified |
| COCCARO, PETER | Precision Group | Teleconferencing | Voice | | New | Qualified |
| COCCARO, PETER | Bristol Technologies | Teleconferencing | Voice | | New | Qualified |
| COCCARO, PETER | PHOTRONICS | Teleconferencing | Voice | | New | Qualified |
| COCCARO, PETER | S E Technologies | Teleconferencing | Voice | | New | Qualified |
| COCCARO, PETER | OMEGA ENGINEERING | Teleconferencing | Voice | | New | Qualified |
| COCCARO, PETER | Netmarket Group | Teleconferencing | Voice | | New | Qualified |
| COCCARO, PETER | Penny Marketing Parnership | ABN | ABN | ABN-Frame Rel | New | Qualified |
| COCCARO, PETER | Stratis Business Centers | Local | Local | UniPlan/Other - | New | Qualified |
| COCCARO, PETER | S E Technologies | Local | Local | Local - Other | New | Qualified |
| COCCARO, PETER | Netmarket Group | Local | Local | UniPlan/Other - | New | Qualified |
| COCCARO, PETER | Precision Group | Local | Local | UniPlan/Other - | New | Qualified |
| COCCARO, PETER | COOPER SURGICAL | Local | Local | UniPlan/Other - | Acquisition | Qualified |
| COCCARO, PETER | Firing Circuits Inc | Local | Local | UniPlan/Other - | Acquisition | Qualified |
| COCCARO, PETER | PHOTRONICS | Local | Local | UniPlan/Other - | Acquisition | Qualified |
| COCCARO, PETER | OMEGA ENGINEERING | Local | Local | PrimePath | Acquisition | Qualified |
| COCCARO, PETER | Penny Marketing Parnership | Local | Local | UniPlan/Other - | New | Qualified |
| COCCARO, PETER | Advanced Computer Technolog | Local | Local | Local - Other | New | Proposed |
| COCCARO, PETER | Ascom Hasler Mailing | ABN | ABN | ABN-Voice | New | Qualified |
| COCCARO, PETER | Bristol Technologies | ABN | ABN | ABN-Voice | New | Qualified |
| COCCARO, PETER | ASML Lithography Division | Local | Local | UniPlan/Other - | New | Qualified |

| Disp | Proposed | revenue | Close | Create | Modified | POC |
|---|---|---|---|---|---|---|
| Pre-sale | 20-Nov-01 | 830 | 12-Dec-01 | 19-Nov-01 | 29-Nov-01 | 80 |
| Pre-sale | | | 24-Dec-01 | 19-Oct-01 | 29-Nov-01 | 20 |
| Pre-sale | | | 24-Dec-01 | 19-Oct-01 | 29-Nov-01 | 20 |
| Pre-sale | | | 24-Dec-01 | 19-Oct-01 | 29-Nov-01 | 20 |
| Pre-sale | | | 24-Dec-01 | 19-Oct-01 | 29-Nov-01 | 20 |
| Pre-sale | | | 24-Dec-01 | 19-Oct-01 | 29-Nov-01 | 20 |
| Pre-sale | | | 24-Dec-01 | 19-Oct-01 | 29-Nov-01 | 20 |
| Pre-sale | | | 24-Dec-01 | 19-Oct-01 | 29-Nov-01 | 20 |
| Pre-sale | | | 24-Dec-01 | 19-Oct-01 | 29-Nov-01 | 20 |
| Pre-sale | | | 24-Dec-01 | 19-Oct-01 | 29-Nov-01 | 20 |
| Pre-sale | | 1500 | 03-Jan-02 | 29-Jun-01 | 29-Nov-01 | 20 |
| Pre-sale | | 1500 | 03-Jan-02 | 29-Jun-01 | 29-Nov-01 | 20 |
| Pre-sale | | 1000 | 05-Jan-02 | 31-Jul-01 | 29-Nov-01 | 20 |
| Pre-sale | | 1500 | 05-Jan-02 | 31-Jul-01 | 29-Nov-01 | 20 |
| Pre-sale | | 1500 | 05-Jan-02 | 31-Jul-01 | 29-Nov-01 | 20 |
| Pre-sale | | 1500 | 10-Jan-02 | 06-Jul-01 | 29-Nov-01 | 20 |
| Pre-sale | | 2000 | 10-Jan-02 | 06-Jul-01 | 29-Nov-01 | 20 |
| Pre-sale | | 1500 | 23-Jan-02 | 08-Aug-01 | 29-Nov-01 | 20 |
| Pre-sale | | 1000 | 24-Jan-02 | 09-Jul-01 | 29-Nov-01 | 20 |
| Pre-sale | | 1500 | 25-Jan-02 | 29-Jun-01 | 28-Nov-01 | 20 |
| Pre-sale | 05-Oct-01 | 1500 | 07-Feb-02 | 09-Aug-01 | 29-Nov-01 | 40 |
| Pre-sale | | 1500 | 12-Feb-02 | 03-Aug-01 | 29-Nov-01 | 20 |
| Pre-sale | | 1500 | 19-Feb-02 | 03-Aug-01 | 29-Nov-01 | 20 |
| Pre-sale | | 1200 | 22-Apr-02 | 14-May-01 | 29-Nov-01 | 20 |