Date ___12/10/01_____

Dear __Peter Cocarro

This letter confirms our discussion on 12/10/01 about your performance as a(n) Account Executive and the two Options available to you as a result of that performance.

**Option 1: 30 Day Job Search**

Under this option, you will be given 30 days to search for another position. If at the end of the 30 day period, you have not been successful in finding another position, you will be released from the AT&T payroll. In addition, if you locate another position with a non-AT&T company and commence employment with that company at any time prior to the expiration of the 30 day period, your employment with AT&T will be terminated as of the date you commenced employment with the new employer.

**Option 2: 30 Day Performance Improvement Plan**

Under this Option, you will be placed on a 30 day Performance Improvement Plan (PIP). If you fail to satisfactorily complete the PIP within the time allotted or, in the opinion of your coach, fail to make adequate progress toward satisfactory completion of the PIP at any time during the 30 day period, your employment with AT&T will be terminated.

Should you successfully complete the PIP, it is expected that this level of performance will be sustained for at least a period of 12 months. If your performance deteriorates within the 12 months, you may be placed on a Level B PIP/30 day job search or, if the circumstances warrant it, may be terminated.

Regardless of the option you choose, you must continue to comply with the AT&T Code of Conduct as well as other company policies and procedures.

Please choose Option 1 or 2 below and return election form to me within **2 business days**. In the interim, if you have any questions regarding this matter, please feel free to call me.

Sincerely,

_____
(Coach) Signature

I have elected to proceed with (check one):   ✓ Option 1
                                              ___ Option 2

Employee Signature: _____    Date: _12/10/01_

Note: If employee declines to sign or choose an Option, he/she will be placed on a PIP immediately.

DEFENDANT'S EXHIBIT 8  1-21-04