CONFIDENTIAL

## ACTION PLAN FORM

Date: _____1/3/02_____
Employee: ____John Cibulay_____
Coach Name: ___Joseph LaCroce_____

*Identify one or two <u>specific</u> developmental action items for the employee to work on as a result of your coaching discussion. Make it SMART!*

| | |
|---|---|
| Problem/Issue: | Not enough qualified opportunities. |
| Specific Plan of Action: | Work prospecting activities to grow the number of opportunities with different customers in the funnel.<br><br>Profile accounts in module and lead lists supplied by manager.<br>Brainstorming session with manager to determine qualifed opps.<br>Use profile sheets for companies that have potential opportunities<br><br>Keep Funnel updated and accurate |
| How will successful execution of the plan be measured? | Growth in funnel from accounts other than Nyfix. With total funnel approaching 3x 5x 5x. Funnel must withstand the scrutiny of a review to ensure quality. |
| What is the date for action to begin & to be completed? | 12/1/01 - 1/31/02 |

| | |
|---|---|
| Problem/Issue: | Development and execution of Nyfix Client business plan |
| Specific Plan of Action: | Create background information on client, use client interviews to enhance positioning and understand their business drivers. Develop action items for account strategy to move account forward towards a partnership relationship. Utilize one on ones with sm to imrpove cbp. |
| How will successful execution of plan be measured? | Initial success is measured on the background understanding of where this account is going. Real success will be measure on action item planning and milestone achievement/ |
| What is the date for action to begin & to be completed? | 12/1/01 -1/31/02 |

| S | M | A | R | T |
|---|---|---|---|---|
| Specific | Measurable | Agreed Upon | Realistic | Time Bound |

AT&T – PROPRIETARY
Use pursuant to Company instructions

4

CONFIDENTIAL

## ACTION PLAN FORM
### Date: 5/1/02 (amended 5/15/02
### Employee: __John Cibulay_____
### Coach Name: ___Joe_LaCroce_____

*Identify one or two specific developmental action items for the employee to work on as a result of your coaching discussion. Make it SMART!*

| | |
|---|---|
| Problem/Issue: | Employee is not at 70%YTD(($12,000 X 9 months) x.7  --$75,600 |
| Specific Plan of Action: | Employee is in the first month of written warning and must achieve a minimum of 70% of the monthly production target. $8400. |
| How will successful execution of the plan be measured? | Starter |
| What is the date for action to begin & to be completed? | 5/1/02  5/31/02 |

| | |
|---|---|
| Problem/Issue: | Funnel is inaccurate and deficient. |
| Specific Plan of Action: | 1) Clean up and improve funnel to Branch standards of 30day 3x  60 day 5x and 90day 5x.<br>2) Maintain accuracy of close dates and revenue component |
| How will successful execution of plan be measured? | Funnel must withstand the scrutiny of a review by SM to ensure quality. |
| What is the date for action to begin & to be completed? | 5/1/02  5/31/02 |

| S | M | A | R | T |
|---|---|---|---|---|
| Specific | Measurable | Agreed Upon | Realistic | Time Bound |
| | | | | |

ACTION PLAN FORM          **CONFIDENTIAL**
Date: ___6/1/02
Employee: __John Cibulay_____
Coach Name: ___Joe_LaCroce_____

*Identify one or two <u>specific</u> developmental action items for the employee to work on as a result of your coaching discussion. Make it SMART!*

| | |
|---|---|
| Problem/Issue: | Employee is at 72%YTD Needs to maintain 70% YTD end of June to get off written warning. |
| Specific Plan of Action: | Employee is in the second month of written warning and must achieve a minimum of 70% of the monthly production target. $4000( net weighted if .75 from nyfix ) to meet YTD . |
| How will successful execution of the plan be measured? | Starter |
| What is the date for action to begin & to be completed? | 6/1/02  6/30/02 |

| | |
|---|---|
| Problem/Issue: | Funnel is inaccurate and deficient. |
| Specific Plan of Action: | 1)Clean up and improve funnel to Branch standards of 30day 3x  60 day 5x and 90day 5x.<br>2) Maintain accuracy of close dates and revenue component |
| How will successful execution of plan be measured? | Funnel must withstand the scrutiny of a review by SM to ensure quality. |
| What is the date for action to begin & to be completed? | 6/1/02  6/30/02 |

| S | M | A | R | T |
|---|---|---|---|---|
| Specific | Measurable | Agreed Upon | Realistic | Time Bound |
| | | | | |

**CONFIDENTIAL**

ACTION PLAN FORM **CONFIDENTIAL**

Date: ____2/1/03____
Employee: J. Cibulay____
Coach Name: ____LaCroce____

*Identify one or two <u>specific</u> developmental action items for the employee to work on as a result of your coaching discussion. Make it SMART!*

| Problem/Issue: | Improvement of Dedicated Hosting funnel opportunities |
|---|---|
| Specific Plan of Action: | Continued focus and discussions with customers on every account in module to uncover any managed DH opportunities that could allow entrance into that space. Some examples include offloading non critical applications away from key customer personnel. |
| How will successful execution of the plan be measured? | Execution of the objectives as measured by the SM |
| What is the date for action to begin & to be completed? | 2/1/03 - 3/1/03 |

| Problem/Issue: | Improvement of IP funnel opportunity |
|---|---|
| Specific Plan of Action: | Continued focus and discussions with customers on every account in module to uncover any IP opportunities that could allow entrance into that space. Some examples include utilizing remote dial up solution as an entry vehicle |
| How will successful execution of plan be measured? | Execution of the objectives will by measured by the SM |
| What is the date for action to begin & to be completed? | 2/1/03 - 3/1/03 |

| S | M | A | R | T |
|---|---|---|---|---|
| Specific | Measurable | Agreed Upon | Realistic | Time Bound |
|  |  |  |  |  |

2/10/03

AT&T - PROPRIETARY
Use pursuant to Company instructions

**CONFIDENTIAL**

4

**CONFIDENTIAL**

## ACTION PLAN FORM

Date: _____
Employee: _____
Coach Name: _____

*Identify one or two <u>specific</u> developmental action items for the employee to work on as a result of your coaching discussion. Make it SMART!*

| Problem/Issue: | Improvement in executing positioning plans on strategic accounts |
|---|---|
| Specific Plan of Action: | Create and execute positioning plans for two accounts with the inclusion of resources from our partner communities and c level positioning. |
| How will successful execution of the plan be measured? | Execution of the objectives as measured by the SM |
| What is the date for action to begin & to be completed? | 2/1/03 - 3/1/03 |

| Problem/Issue: | |
|---|---|
| Specific Plan of Action: | |
| How will successful execution of plan be measured? | |
| What is the date for action to begin & to be completed? | 2/1/03 - 3/1/03 |
| | |

| S | M | A | R | T |
|---|---|---|---|---|
| Specific | Measurable | Agreed Upon | Realistic | Time Bound |
| | | | | |

**CONFIDENTIAL**