# PATH TO PEAK PERFORMANCE
# DOCUMENTATION/FORMS

## OVERVIEW

An important supporting component of the Path To Peak Performance process is documentation. It is through documentation, that the performance, coaching, and development history of an associate is produced.

Legally reviewed forms supportive of the Path To Peak Performance process were created to save you valuable time, allow sufficient documentation, and ensure consistency. The forms should be used for all job titles for all levels of management, and when used in conjunction with the process, the outcome is documentation that is fair, consistent and defensible.*

---

*Forms are legally reviewed and should not be modified.

---

## FORM SUMMARY

*PLEASE read the Path to Peak Performance overview for more information. This is meant to be a brief summary to help you understand which form to use at each stage in the process.*

**ACTION PLAN (p. 4)**
On-going **Developmental Coaching** sessions should be conducted with all associates to build on strengths and sustain performance. Use this form and together with the associate develop an **Action Plan** to exceed, improve, or sustain results. It is recommended that all developmental coaching sessions be documented for future reference. Generally, these are stored in the supervisor's coaches file, not the employee's personnel file.

**P3_LTR_W (p. 5 – updated 7/10/01)**
What you consider a formal **Written Warning** may be viewed by the associate as a friendly reminder. A Written Warning represents a serious progression in the process and should be used to "warn" the associate that performance is not meeting the minimum performance expectation/threshold. Use this form during your meeting with the associate to document the Written Warning and improvement opportunities discussed. Provide a copy to the associate, a copy to the HAL & SCVP/Div. Mgr., and keep the original copy in the employee's personnel file for reference and follow-up coaching sessions.

**P3_FORM_A (p. 6)**
The **Performance Improvement Plan-A** represents another progression in the process. Use this two-page form to guide you and the associate (**w/MORE than 6 months** net credited service-NCS) in the development and documentation of a 30 Day Performance Improvement Plan. Document improvement opportunities, objectives to be achieved, and schedule follow-up coaching sessions.

**P3_LTR_A (p. 8)**
Use this **Confirmation Letter** to summarize and make formal the 30-Day Performance Improvement plan developed with the associate **w/MORE than 6 months** net credit service (NCS). This letter warns the associate the next step may be the option of placement on a Level B PIP or a 30 Day Job Search. Attach this letter to the **Performance Improvement Plan-A**. Provide a copy of the letter and plan to the associate, a copy to the HAL & SCVP/Div. Mgr., and keep the original copies in the employee's personnel file for reference and follow-up coaching sessions.

**P3_LTR_BO6 (p. 9)**
Use this **Confirmation Letter** to summarize and make formal the 30 Day Performance Improvement Plan with the associate **w/LESS than 6 months** net credited service (NCS). This letter warns the associate to remedy the performance deficiencies and maintain sustained satisfactory performance, or employment with AT&T will be terminated. For associates w/LESS than 6 months NCS, this represents the final stage of the process. Attach this letter to the **Performance Improvement Plan-B**. Provide a copy of the letter and plan to the associate, a copy to the HAL & SCVP/Div. Mgr., and keep the original copies in the employee's personnel file for reference and follow-up coaching sessions.

**P3_LTR_B7 (p. 10)**
For associates **w/MORE than 6 months NCS**, this represents the final stage of the process. Use this **Election Form** to obtain the method in which the Associate will proceed. The Associate has two options available. Option 1: 30-Day Job Search, Option 2: 30 Day Performance Improvement Plan. Provide a copy of the election form to the Associate, a copy to the HAL, and keep the original copies in the employee's personnel file for reference and follow-up coaching sessions.

**P3_LTR_E (p. 11)**
Use this Election Form Cover Letter to reiterate the terms of **Option 1 – 30 Day Job Search**, if this option is selected. Provide a copy of the election form to the Associate, a copy to the HAL, and keep the original copies in the employee's personnel files for reference and follow-up coaching sessions.

**P3_FORM_B (p. 12)**
If **Option 2 – 30 Day Performance Improvement Plan** is selected, use this two-page form to guide you and the Associate in the development and documentation of a FINAL 30-Day Performance Improvement Plan. Provide a copy of the final plan to the Associate, a copy to the HAL, and keep the original copies in your Supervisor files for reference and follow-up coaching sessions.

# PATH TO PEAK PERFORMANCE
# FORM SEQUENCE

Effective coaching by the coach and the focused efforts of the associate will help ensure success and eliminate the need to proceed beyond an Action Plan. However, to aid in understanding of form use and sequence, the following diagrams illustrate the history / sequence of forms for the end-to-end process based on Net Credited Service.

**Associate with LESS than 6 months Net Credited Service (NCS)**



**Associate with MORE than 6 months Net Credit Service (NCS)**



# ACTION PLAN FORM

Date: _____
Employee: _____
Coach Name: _____

*Identify one or two <u>specific</u> developmental action items for the employee to work on as a result of your coaching discussion. Make it SMART!*

| | |
|---|---|
| Problem/Issue: | |
| Specific Plan of Action: | |
| How will successful execution of the plan be measured? | |
| What is the date for action to begin & to be completed? | |

| | |
|---|---|
| Problem/Issue: | |
| Specific Plan of Action: | |
| How will successful execution of plan be measured? | |
| What is the date for action to begin & to be completed? | |

|  S  |  M  |  A  |  R  |  T  |
|---|---|---|---|---|
| **Specific** | **Measurable** | **Agreed Upon** | **Realistic** | **Time Bound** |

Date: _____

Dear _____ (Employee Name)


This memo serves as a written warning related to your performance.
As we discussed, the areas in need of improvement are listed below:

    1.

    2.

    3.

We will meet to assess your success in achievement of the above objectives on _____(date - 30 days away). The next course of action will be determined at that time, which may include placement on a Performance Improvement Plan. Should you be successful in demonstrating sustained satisfactory performance by the date above, it is expected that this level of performance will be sustained for at least a period of 12 months. If your performance deteriorates within the 12 months, you may be placed directly on a Performance Improvement Plan. However, we are hopeful that by working together to resolve your performance issues now, this will not become an issue. I look forward to helping you get back on course to a successful and satisfying career in sales.

Sincerely,


_____
Coach

Copy SCVP/DivMgr & HAL

------------------------------------------------------------------------------------

I have had the opportunity to review the written warning and ask my coach for further clarification as needed.


_____     _____
Employee                                                                   Date

**NEITHER THIS LETTER NOR ABS SALES' PATH TO PEAK PERFORMANCE IS A CONTRACT OF EMPLOYMENT AND CREATES NO CONTRACTUAL RIGHTS OF ANY KIND BETWEEN YOU AND AT&T. THERE IS NO FIXED DURATION TO THE EMPLOYMENT RELATIONSHIP. YOU MAY TERMINATE YOUR EMPLOYMENT WHENEVER YOU WISH AND FOR WHATEVER REASON YOU MIGHT HAVE, JUST AS AT&T MAY TERMINATE ANY EMPLOYEE AT ANY TIME FOR ANY REASON. THIS IS KNOWN AS EMPLOYMENT-AT-WILL.**

ABS Sales' Path to Peak Performance may be changed from time to time by the Company, and employees may or may not be notified of those changes.

# ABS SALES - LEVEL A 30 DAY
# PERFORMANCE IMPROVEMENT PLAN (PIP)

| Employee: | Coach: |
|---|---|
| Employee NCS Date: | Date Written Warning Issued: |

**Areas Needing Improvement:**

1.

2.

3.

| **Objectives to be Completed by _– date –_ (30 days)**   *(Provide clear definition of success & failure of objectives)* |
|---|
| 1. <br><br> 2. <br><br> 3. |

**Employee Signature:** _____    **Date:** _____

---

The ABS-Sales Path to Peak Performance applies to regular full-time and part-time management employees, and will be administered without regard to race, color, religion, national origin, sex, age, sexual orientation, marital status, physical or mental disability, or status as a special disabled veteran or veteran of the Vietnam era.

ABS-SALES' PATH TO PEAK PERFORMANCE IS NOT A CONTRACT OF EMPLOYMENT, EITHER EXPRESSED OR IMPLIED, AND DOESN'T CREATE ANY CONTRACTUAL RIGHTS OF ANY KIND BETWEEN AT&T AND ITS EMPLOYEES. AT AT&T, THERE IS NO FIXED DURATION TO THE EMPLOYMENT RELATIONSHIP. EMPLOYEES CAN TERMINATE THEIR EMPLOYMENT WHENEVER THEY WISH AND FOR WHATEVER REASON THEY MIGHT HAVE, JUST AS AT&T MAY TERMINATE ANY EMPLOYEE AT ANY TIME FOR ANY REASON. THIS IS KNOWN AS EMPLOYMENT-AT-WILL.

ABS-Sales' Path to Peak Performance may be changed from time to time by the Company, and employees may or may not be notified of those changes. The changes may be minor, or may reflect significant deviations from current or past practices. Changes can be made at any time, at the Company's discretion, but only by authorized members of management.

**Detailed Observations on Performance on Above Objectives:**

| Date Observed | Observations/Comments |
|---|---|
|  |  |

**Coach's Evaluation at end of period:**

____ Employee has met the above objectives and the plan is complete.

____ Employee has **not met** the above objectives and is placed on Level B PIP effective ____(Date).

_____    _____    _____    _____
Coach Signature              Date        SCVP/DIV MGR Signature      Date

Case 3:03-cv-00914-DJS   Document 56-13   Filed 03/26/2004   Page 8 of 15

Case 3:03-cv-00914-DJS    Document 56-13    Filed 03/26/2004    Page 9 of 15

Date _____

Dear _____ (Employee Name)

You and I have talked about your performance as a(n) _____ (Job Title).

As we discussed, there were several areas in need of improvement as listed below and on the attached Performance Improvement Plan (Level A PIP):

    1.

    2.

    3.

Please understand that unless you demonstrate sustained satisfactory performance in the above areas by _____ (Date-30 days), the next step will be placement on Level B of the PIP. On the above date, if you have not demonstrated sustained satisfactory performance, you will be required to choose either a 30 day Job Search or 30 day PIP. If you choose a Job Search, you will be given 30 days to search for another position. If at the end of the 30 day period, you have not been successful in finding another position, you will be released from the AT&T payroll. If you choose a PIP, you will be placed on a 30 day PIP. If you fail to satisfactorily complete the PIP within the time allotted or, in the opinion of your coach, fail to make adequate progress toward satisfactory completion of the PIP at any time during the 30 day period, your employment with AT&T will be terminated.

The Sales Leadership Team wants you to be successful, and will assist you in your efforts. Should you be successful in demonstrating sustained satisfactory performance by the date above, it is expected that this level of performance will be sustained for at least a period of 12 months. If your performance deteriorates within the 12 months, you may be placed directly on a Level B PIP/30 day Job Search or, if the circumstances warrant it, may be terminated.

I look forward to discussing this with you and helping you get back on course toward a successful and satisfying career in sales.

Sincerely,


_____
(Coach)

Copy **SCVP/DIV MGR** & HAL

Attachment- Level A PIP

P3-LTR-A                  AT&T - PROPRIETARY                  8

Date_____

Dear _____ (Employee Name)

As a condition of employment with AT&T, you are expected to consistently demonstrate satisfactory performance.

As you know, we have had a number of discussions regarding your performance as a(n) _____ (Job Title). Despite these discussions, you are still not performing at a satisfactory level. Accordingly, I have identified the following key areas for improvement:

    1.

    2.

    3.

Please understand that if you fail to remedy the identified performance deficiencies or fail to maintain sustained satisfactory performance, your employment with AT&T will be terminated.

Should you successfully complete the PIP, it is expected that this level of performance will be sustained for at least a period of 12 months. If performance deteriorates within the 12 months, you may be placed on a Level B PIP or, if the circumstances warrant it, may be terminated.

I have reviewed this document and the attached PIP.

_____            Date_____
Employee (Signed)

_____            Date_____
Coach (Signed)

_____            Date_____
SCVP/DIV MGR (Signed)

Attachment- Level B PIP

Date _____

Dear _____ *(Employee Name)*

This letter confirms our discussion on _____ *(date)* about your performance as a(n) _____ *(job title)* and the two Options available to you as a result of that performance.

**Option 1: 30 Day Job Search**

Under this option, you will be given 30 days to search for another position. If at the end of the 30 day period, you have not been successful in finding another position, you will be released from the AT&T payroll. In addition, if you locate another position with a non-AT&T company and commence employment with that company at any time prior to the expiration of the 30 day period, your employment with AT&T will be terminated as of the date you commenced employment with the new employer.

**Option 2: 30 Day Performance Improvement Plan**

Under this Option, you will be placed on a 30 day Performance Improvement Plan (PIP). If you fail to satisfactorily complete the PIP within the time allotted or, in the opinion of your coach, fail to make adequate progress toward satisfactory completion of the PIP at any time during the 30 day period, your employment with AT&T will be terminated.

Should you successfully complete the PIP, it is expected that this level of performance will be sustained for at least a period of 12 months. If your performance deteriorates within the 12 months, you may be placed on a Level B PIP/30 day job search or, if the circumstances warrant it, may be terminated.

Regardless of the option you choose, you must continue to comply with the AT&T Code of Conduct as well as other company policies and procedures.

Please choose Option 1 or 2 below and return election form to me within **2 business days**. In the interim, if you have any questions regarding this matter, please feel free to call me.

Sincerely,


_____
*(Coach)* Signature

I have elected to proceed with (check one):     _____ Option 1
                                                _____ Option 2

Employee Signature: _____     Date: _____

Note: If employee declines to sign or choose an Option, he/she will be placed on a PIP immediately.

Date_____

Dear _____ (Employee Name)

I am in receipt of your Election Form reflecting your decision to proceed with Option 1 (30 Day Job Search). You will have until _____ (date) to find an alternative position either internally or externally.

During the 30 days of the job search, you will be placed on full salary and you will be removed from the compensation plan as appropriate per compensation policy. You will, however, receive any commissions that are due under the applicable Sales Compensation Plan. In addition, you may continue to utilize the company's office equipment in direct support of your job search.

Beginning immediately, I expect you to transition all of your accounts and sales opportunities over to _____ (Employee name). I know I can depend on you to ensure that this transition will occur in a timely, professional, and competent manner.

Sincerely,


_____
(Coach) Signature

**ABS SALES - LEVEL B 30 DAY**
**PERFORMANCE IMPROVEMENT PLAN (PIP)**

| Employee: | Coach: |
|---|---|
| Employee NCS Date: | Date Written Warning Issued: |

**Areas Needing Improvement:**
1.
2.
3.

| **Objectives to be Completed by – date – (30 days)**  *(Provide clear definition of success & failure of objectives)* |
|---|
| 1. |
| 2. |
| 3. |

**Employee Signature:** _____    **Date:** _____

---

*The ABS-Sales Path to Peak Performance applies to regular full-time and part-time management employees, and will be administered without regard to race, color, religion, national origin, sex, age, sexual orientation, marital status, physical or mental disability, or status as a special disabled veteran or veteran of the Vietnam era.*

**ABS-SALES' PATH TO PEAK PERFORMANCE IS NOT A CONTRACT OF EMPLOYMENT, EITHER EXPRESSED OR IMPLIED, AND DOESN'T CREATE ANY CONTRACTUAL RIGHTS OF ANY KIND BETWEEN AT&T AND ITS EMPLOYEES. AT AT&T, THERE IS NO FIXED DURATION TO THE EMPLOYMENT RELATIONSHIP. EMPLOYEES CAN TERMINATE THEIR EMPLOYMENT WHENEVER THEY WISH AND FOR WHATEVER REASON THEY MIGHT HAVE, JUST AS AT&T MAY TERMINATE ANY EMPLOYEE AT ANY TIME FOR ANY REASON. THIS IS KNOWN AS EMPLOYMENT-AT-WILL.**

*ABS-Sales' Path to Peak Performance may be changed from time to time by the Company, and employees may or may not be notified of those changes. The changes may be minor, or may reflect significant deviations from current or past practices. Changes can be made at any time, at the Company's discretion, but only by authorized members of management.*

**Detailed Observations on Performance on Above Objectives:**

| Date Observed | Observations/Comments |
|---|---|
|   |   |

**Coach's Evaluation at end of period:**

\_\_\_\_\_ Employee has met the above objectives and the plan is complete.

\_\_\_\_\_ Employee has **not met** the above objectives and is terminated effective \_\_\_(Date).


_____   _____   _____   _____
   *Coach Signature*                *Date*             *SCVP/DIV MGR Signature*        *Date*