UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PETER COCCARO, SR.,** | : | |
| | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:03 CV 914 (DJS) |
| vs. | : | |
| **AT&T CORPORATION,** | : | |
| Defendant. | : | April 13, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff, Peter Coccaro, by and through his undersigned counsel, hereby requests an extension of time to respond to defendant's motion for summary judgment and states as follows:

1. While drafting the reply to the AT&T's summary judgment motion, plaintiff's counsel has been preparing for a state court trial which will begin at the end of this month. Due to counsel's trial preparation efforts and an office closing on Good Friday, plaintiff's counsel has been unable to prepare an adequate response to defendant's summary judgment motion and is, therefore, requesting this extension.

2. The response to defendant's summary judgment motion is currently due on Friday, April 16, 2004. Plaintiff is requesting an extension of time until Thursday, April 22, 2004 to file the response.

3. The undersigned has conferred with counsel for AT&T, Stacy Smith Walsh, and she has no objection to the extension.

WHEREFORE, plaintiff hereby requests that this motion for extension of time to respond to defendant's motion for summary judgment be granted.

                                        **THE PLAINTIFF,**
                                        **PETER COCCARO**

By: _____/s/_____
      Robert A. Richardson  *(Fed. Bar #: ct09818)*
      GARRISON, LEVIN-EPSTEIN, CHIMES
        & RICHARDSON, P.C.
      405 Orange Street
      New Haven, CT  06511
      Ph: (203) 777-4425
      Fax: (203) 776-3965
      Rrichardson@garrisonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid, this 13th day of April, 2004 to:

Stacy Smith Walsh, Esquire
**Day, Berry & Howard, LLP**
CityPlace I - 185 Asylum Street
Hartford, CT  06103-3499

                                      _____/s/_____
                                        Robert A. Richardson