UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PETER COCCARO, SR.,** : | CIVIL ACTION NO.: |
| Plaintiff, : | 3:03 CV 914 (DJS) |
| vs. : | |
| **AT&T CORPORATION,** : | |
| Defendant. : | April 21, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Peter Coccaro, has manually filed the following documents:

**Exhibits 1-10 of Plaintiff's Memorandum of Law
in Opposition to Defendant's Motion for Summary Revised Complaint,
along with attached Affidavit and Deposition Transcripts**

Thess documents have not been filed electronically because

- [x] the documents cannot be converted to an electronic format
- [ ] the electronic file size of the document exceeds 1.5 megabytes
- [ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- [ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                                                               **THE PLAINTIFF,
PETER COCCARO**

By: _____/s/_____
Robert A. Richardson  *(Fed. Bar #: ct09818)*
GARRISON, LEVIN-EPSTEIN, CHIMES
  & RICHARDSON, P.C.
405 Orange Street
New Haven, CT  06511
Ph: (203) 777-4425
Fax: (203) 776-3965
Rrichardson@garrisonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid, this 21st day of April, 2004 to:

Stacy Smith Walsh, Esquire
**Day, Berry & Howard, LLP**
CityPlace I - 185 Asylum Street
Hartford, CT  06103-3499

_____/s/_____
Robert A. Richardson