UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER COCCARO<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv914(DJS) |
| AT&T CORPORATION<br>    Defendant | : |

### ORDER

The Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (Doc. #57) is hereby **GRANTED nunc pro tund to and including April 22, 2004.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this __26th__ day of April, 2004.


                                                       /s/DJS
                                                    Dominic J. Squatrito
                                                    United States District Judge