UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER COCCARO, | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | :   CASE NO. 3:03V914 (DJS) |
| | : |
| AT&T CORPORATION, | : |
| | : |
|     Defendant. | : |

## JUDGMENT

This action having come on for consideration of defendant's motion for summary judgment [dkt.#54] before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision granting the defendant's motion for summary judgment with respect to the plaintiff's federal and state claims.  Judgment in favor of the defendant shall enter on Counts, One, Two and Three of the complaint, it is hereby

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of the defendant on Counts One, Two and Three of the complaint.

Dated at Hartford, Connecticut, this 20th day of July 2005.

                                                    KEVIN F. ROWE, Clerk


                                          By   _____
                                                    Terri Glynn
                                                    Deputy Clerk